**Order entered June 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00702-CV

## H. ROBERT ROSE AND GAYNELL ROSE, Appellant

## V.

## NICHOLAS & DORIS BONVINO, Appellee

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-2450-06

## ORDER

Before the Court is appellant's emergency motion to stay the trial court's May 9, 2014 "Order Granting Motion to Enforce Final Judgment" pending disposition of appellant's motion to lower the amount of the supersedeas bond ordered by the trial court. We **ORDER** the trial court's May 9, 2014 "Order Granting Motion to Enforce Final Judgment" **STAYED** pending this Court's determination of appellant's motion to lower the amount of supersedeas bond, which remains pending before this Court.

/s/     MICHAEL J. O'NEILL
         JUSTICE